**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-1622**

───────────

SANDLEY DACIER,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration
Appeals.

───────────

Submitted:  December 16, 2011      Decided:  February 22, 2012

───────────

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Sandley Dacier, Petitioner Pro Se.  Ada Elsie Bosque, Matthew
Allan Spurlock, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandley Dacier, a native and citizen of Haiti, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's decision on the ground that Dacier waived his right to appeal. Based on our review of the record, we agree that Dacier's waiver was knowing and voluntary. We therefore deny the petition for review for the reasons stated by the Board. See In re: Dacier (B.I.A. May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED